In the Matter of JANET S. STUCKEY, Respondent, v ALEX C. STACKPOLE, Appellant.

We have examined respondent's other contentions and find

them to be without merit. (Appeal from Order of Cattaraugus County Family Court, Trost, J.H.O.—Paternity.) Present—Denman, P. J., Boomer, Green, Pine and Davis, JJ.